## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 0:20-CV-61382-RAR

Plaintiff:
**Joseph Amodio**

vs.

Defendant:
**Resurgent Capital Services L.P. and Merrick Bank Corporation**

For:
Jibrael Hindi
The Law Offices Of Jibrael S. Hindi, PLLC
jibrael@, tom@,bryon@jibraellaw.com
110 SE 6th Street, 17th Floor
Ft. Lauderdale, FL 33301

Received by ALL BROWARD PROCESS CORP. on the 14th day of July, 2020 at 11:32 am to be served on **Resurgent Capital Services L.P. c/o Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301-2525**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **15th day of July, 2020** at **9:55 am**, I:

**CORPORATE:** served by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand for Jury Trial/ Injunctive Relief Sought, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **KARA STOVER** as **AUTHORIZED REPRESENTATIVE** for the Registered Agent of Resurgent Capital Services L.P. c/o Corporation Service Company at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 145, Hair: RED, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

MICHAEL C. NOLAN
Certified Process Server, #111

ALL BROWARD PROCESS CORP.
701 NORTH FIG TREE LANE
PLANTATION, FL 33317
(954) 214-5194

Our Job Serial Number: BPC-2020001725
Ref: 2020001725

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOSEPH AMODIO <br><br> *Plaintiff(s)* <br> v. <br> RESURGENT CAPITAL SERVICES L.P. and MERRICK BANK CORPORATION <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 0:20-cv-61382-RAR

Date: 7/15/20  Time: 9:55 ᴀ

MCN #111
is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RESURGENT CAPITAL SERVICES L.P.
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Law Offices of Jibrael S. Hindi, PLLC. 110 SE 6th St., Suite 1744, Fort Lauderdale, FL 33301. Phone: (844)542-7235 Email: jibrael@jibraellaw.com Fax: (855)529-9540

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/09/2020



Angela E. Noble
Clerk of Court

SUMMONS

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts