UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61382-RAR

**JOSEPH AMODIO,**

    Plaintiff,

v.

**RESURGENT CAPITAL SERVICES, L.P.**, *et al.*,

    Defendants.

_____/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket.  On July 9, 2020, Plaintiff filed his Complaint [ECF No. 1].  Defendant Resurgent Capital Services L.P. ("Resurgent") was served on July 15, 2020, and Defendant Merrick Bank Corp. ("Merrick") was served on July 17, 2020.  Under the Court's Order Requiring Combined Responses [ECF No. 5], Defendants were ordered to submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond.  Per Rule 12 of the Federal Rules of Civil Procedure, Defendants' response or answer to Plaintiff's Complaint was due on or before August 7, 2020.  FED. R. CIV. P. 12(a)(1)(A)(i).  To date, there is no indication that Defendants have filed their response or answer, nor have Defendants requested an extension of time to do so.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendants shall file their combined response or separate answers to Plaintiff's Complaint on or before **September 2, 2020** or show good cause as to why this Court should not impose sanctions.  Failure to do so will result in the entry of default against Defendants without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 26th day of August, 2020.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**