UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61382-RAR

**JOSEPH AMODIO,**

    Plaintiff,

v.

**RESURGENT CAPITAL SERVICES, L.P.**, *et al.*,

    Defendants.
_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedure 2.15.00(c) of the United States District Court for the Southern District of Florida because of related Case Number **20-CIV-61297-RKA**, and subject to the consent of the Honorable Judge Roy K. Altman, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is transferred to the calendar of Judge Roy K. Altman for all further proceedings.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of September, 2020.

                                             **RODOLFO A. RUIZ II**
                                             **UNITED STATES DISTRICT JUDGE**

After reviewing the file in the above-styled case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **20-CIV-61382-RKA**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of September 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**